Howard D. Hall, Esq. (State Bar No. 145024)
Michael E. Lisko, Esq. (State Bar No. 233632)
Nikita S. Shah, Esq. (State Bar No. 270152)
GREEN & HALL, A PROFESSIONAL CORPORATION
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996
E-Mail: hdhall@greenhall.com
        mlisko@greenhall.com
        nshah@greenhall.com

Attorneys for Defendant
AURORA LOAN SERVICES, LLC (erroneously sued as
AURORA LOAN SERVICES)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STEVEN G. DAWSON and MARIA A. DAWSON, | Case No. CV10-5864-JFW (Ex) |
| Plaintiffs, | JUDGE: Hon. John F. Walter |
| | CTRM: 16 |
| vs. | |
| | **JUDGMENT** |
| AURORA LOAN SERVICES; and DOES 1 through 10, inclusive, | |
| Defendants. | |

The Court hereby **ORDERS** that Plaintiffs STEVEN G. DAWSON and MARIA A. DAWSON ("Plaintiffs") recover nothing from Defendant AURORA LOAN SERVICES, LLC (erroneously named as AURORA LOAN SERVICES) ("Aurora") and that the action be dismissed on the merits, with prejudice. This action was decided by the Honorable Judge John F. Walter on a motion for dismissal pursuant to Federal Rule of Civil Procedure 12(b).

IT IS SO ORDERED.

Dated: November 18, 2010             _____
                                      United States District Court Judge

JUDGMENT

S:\JFW\CIVIL CASES\Dawson, Steven 10-5864\Request for Entry of Judgment.[Proposed]Judgment.doc